Fred MORGENSTERN, Appellant,

v.

R.L. MORRISON, Warden, Appellee.

No. 06–3822.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 22, 2008.

Filed: Sept. 23, 2008.

Fred Morgenstern, Duluth, MN, pro se.

Joseph Thomas Dixon, III, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Fred Morgenstern appeals from the district court's [1] partial denial of his 28 U.S.C. § 2241 petition. Upon careful de novo review, *see Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

the district court's decision was proper. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.